IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 13-00335-05-CR-W-DGK |
| | ) | |
| NICOLAS P. JUSZCYZK, | ) | |
| | ) | |
| Defendant. | ) | |

## ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 120), to which there has been no objection, the Defendant's plea of guilty to Count One contained in the Indictment filed on September 26, 2013, is now accepted and the Defendant is adjudged guilty of such offense. The Court notes that its acceptance of Defendant's guilty plea is conditional; the Court may reject the plea agreement at sentencing after reviewing the Presentence Investigation Report. Sentencing will be set by subsequent order of the Court.

    /s/ Greg Kays
GREG KAYS, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Dated: September 24, 2014